# COHEN / PLACITELLA / ROTH pc
### ATTORNEYS AT LAW



CHRISTOPHER M. PLACITELLA
MANAGING NJ ATTORNEY

November 28, 2012

**VIA CM/ECF**
ALL COUNSEL OF RECORD

    Re:    **Brasmer v. 3M Company, et al.**
            **Civil Action No. 12-2944**

Dear Counsel:

Please be advised that the deposition of Mr. Brasmer's former co-worker in the United States Air Force, Frederick Deaver, will take place in Jacksonville, Florida on December 5, 2012. The time and location are as follows:

    **10:00 a.m.  Embassy Suites Jacksonville Baymeadows 9300 Baymeadows Road.**

Should you have any questions, please don't hesitate to call me. Thank you.

                          Very truly yours,

                          MICHAEL MCMAHON
                          For the Firm

MM/cja