COHEN, PLACITELLA, AND ROTH, P.C.
127 Maple Avenue
Red Bank, NJ   07701
(732) 747-9003
Attorneys for Plaintiffs

**THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SUSAN HAAS, Executrix of the Estate of Carl Brasmer, and Individual Heirs of the Estate of Carl Brasmer,**<br><br>                              Plaintiff,<br><br>                    vs.<br><br>**3M COMPANY; BOEING COMPANY**, Individually and as successor to McDonnell Douglas Corporation; **CBS CORPORATION**, Individually and as successor to Viacom, Inc. and successor to Westinghouse Electric Corporation; **GENERAL ELECTRIC COMPANY**; **GOODRICH CORPORATION**, Individually and as successor to the B.F. Goodrich Company; **GOODYEAR TIRE & RUBBER COMPANY**; **HONEYWELL INTERNATIONAL, INC**., Individually and as successor to the Bendix Corporation; **NORTHROP-GRUMAN CORPOATION**, individually and as successor to Gruman Aerospace Corporation f/k/a Gruman Aircraft Engineering Group<br>**JOHN DOE CORPORATIONS 1-50** (fictitious),<br>                              Defendants. | **ORDER**<br><br>**CIVIL ACTION NO. 12-2944 (FLW) (DEA)** |

**THIS MATTER** having been opened by counsel to Plaintiff during a teleconference with the Court on December 10, 2012; specifically, counsel requesting the opportunity to amend the Complaint in this matter to add counts under New Jersey's Wrongful Death and Survival Acts;

**AND THE COURT** having given an opportunity to all parties to voice objection during the teleconference, and none being voiced;

**AND THE COURT** having instructed counsel for Plaintiff to file an Amended Complaint and Consent Order reflecting same;

**AND NOW,** this _____ day of **January, 2013,** it is hereby **ORDERED** that Plaintiff's oral application to file an Amended Complaint adding allegations under New Jersey's Wrongful Death and Survivorship Statutes shall be **GRANTED** as unopposed.

**AND IT IS SO ORDERED.**

_____
HONORABLE DOUGLAS E. ARPERT, U.S.M.J.