[84, 87, 89]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN HAAS, Individually and as Executrix of Carl Brasmer, and Individual Heirs of the Estate of CARL BRASMER | |
| Plaintiffs | Civil Action No. 12-2944 (FLW) |
| v. | **ORDER** |
| 3M COMPANY, *et al.*, | |
| Defendants. | |

**THIS MATTER** having been opened to the Court upon motions for summary judgment filed by Defendants Boeing Company ("Boeing"), through its counsel Frank C.B. Friestedt, Esq., Goodyear Tire & Rubber Company ("Goodyear"), through its counsel David J. Novack, Esq., and General Electric Company ("GE"), through its counsel Christopher J. Keale, Esq. (collectively, "Defendants"); it appearing that Plaintiffs Susan Haas, Individually and as Executrix of Carl Brasmer, and the Individual Heirs of the Estate of Carl Brasmer (collectively "Plaintiffs"), through their counsel Michael Emmett McMahon, Esq., oppose Defendants' motions, with replies having been filed; the Court, having reviewed the moving, opposition, and reply papers pursuant to Fed. R. Civ. P. 78, as well as the record, for the reasons stated in the Opinion filed on even date, and for good cause shown,

**IT IS** on this 19th day of June, 2014,

**ORDERED** that Defendants' motions for summary judgment **[84, 87, 89]** are GRANTED.

/s/ Freda L. Wolfson
The Honorable Freda L. Wolfson
United States District Judge