UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-3342
_____

SUSAN HAAS,
Individually and as Executrix of Carl Brasmer,
and Individual Heirs of the Estate of Carl Brasmer,
                                             Appellant

v.

3M COMPANY; THE BOEING COMPANY, Individually and as Successor to McDonnell Douglas Corporation; CBS CORPORATION, Individually and as Successor to Viacom, Inc., and Successor to Westinghouse Electric Corporation; HONEYWELL INTERNATIONAL, INC., Individually and as Successor to the Bendix Corporation; GENERAL ELECTRIC COMPANY; GOODRICH CORPORATION, Individually and as Successor to the B.F. Goodrich Company; GOODYEAR TIRE & RUBBER COMPANY; NORTHROP GRUMAN CORPORATION, Individually and as Successor to Gruman Aerospace Corporation, f/k/a Gruman Aircraft Engineering Group


*Susan Haas, Individually and as Executrix of Carl Brasmer,
and Individual Heirs of the Estate of Carl Brasmer
*Pursuant to F.R.A.P. 12(a)
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3-12-cv-02944)
District Judge:  Hon. Freda L. Wolfson
_____

Argued
June 3, 2015

Before:   FISHER, JORDAN, and SHWARTZ, *Circuit Judges*.

_____
JUDGMENT

_____

      This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on June 3, 2015. On consideration whereof,

      It is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered June 19, 2014 is hereby VACATED in part and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. The parties shall bear their own costs. All of the above in accordance with the opinion of this Court.

                                  ATTEST:

                                   s/ Marcia M. Waldron
                                   Clerk

Date: July 7, 2015